## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles A. Wesley                          CHAPTER
        Connie M. Wesley
         <u>Debtor(s)</u>                      BKY. NO. 24-11231 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage
Servicing and index same on the master mailing list.


              Respectfully submitted,


/s/ *Denise Carlon*
PA Eastern BK
03 Jun 2024, 19:55:05, EDT


        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322