**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    CHARLES A. WESLEY | : | Chapter 13 |
|    CONNIE M. WESLEY | : | |
| | : | Bankruptcy No. 24-11231 PMM |
|       Debtors | : | |

**CERTIFICATION OF NO ANSWER**

AND NOW, this 30th day of July, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the Motion of Debtors to Avoid Lien of Absolute Resolutions VI, LLC, Docket No. C-48-CV-2015-01578.

           s/ David S. Gellert
           David S. Gellert, Esquire
           Attorney for Debtors
           David S. Gellert, P.C.
           3506 Perkiomen Avenue
           Reading, PA 19606
           (610) 779-8000
           dsgrdg@ptdprolog.com