**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|     CHARLES A. WESLEY | : | Chapter 13 |
|     CONNIE M. WESLEY | : | |
| | : | Bankruptcy No. 24-11231 PMM |
|     Debtors | : | |

## CERTIFICATION OF NO ANSWER

AND NOW, this 30th day of July, David S. Gellert, Esquire, of David S. Gellert, P.C.,

attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on

him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the

Motion of Debtors to Avoid Lien of Absolute Resolutions VI, LLC, Docket No. C-48-CV-2015-

04599.

      s/  David S. Gellert
David S. Gellert, Esquire
Attorney for Debtors
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
dsgrdg@ptdprolog.com