## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    CHARLES A. WESLEY | : | Chapter 13 |
|    CONNIE M. WESLEY | : | |
| | : | Bankruptcy No. 24-11231 PMM |
|               Debtors | : | |

### AMENDED CERTIFICATION OF NO ANSWER

AND NOW, this 30th day of July, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the Motion of Debtors to Avoid Lien of Absolute Resolutions VI, LLC, Docket No. C-48-CV-2015-04599.

                                                                                         s/ David S. Gellert
                                                                                          David S. Gellert, Esquire
                                                                                          Attorney for Debtors
                                                                                          David S. Gellert, P.C.
                                                                                          3506 Perkiomen Avenue
                                                                                          Reading, PA 19606
                                                                                          (610) 779-8000
                                                                                          dsgrdg@ptdprolog.com