**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| CHARLES A. WESLEY | : | Chapter 13 |
| CONNIE M. WESLEY | : | |
| | : | Bankruptcy No. 24-11231 PMM |
| Debtors | : | |

**CERTIFICATION OF NO ANSWER**

AND NOW, this 30th day of July, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the Motion of Debtors to Avoid Lien of Target National Bank, Docket No. C-48-CV-2013-09083.

s/ David S. Gellert
David S. Gellert, Esquire
Attorney for Debtors
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
dsgrdg@ptdprolog.com