# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    CHARLES A. WESLEY | : | Chapter 13 |
|    CONNIE M. WESLEY | : | |
| | : | Bankruptcy No. 24-11231 PMM |
|           Debtors | : | |

## ORDER

**AND NOW**, upon Motion of the Debtors to avoid a judicial lien held by Absolute Resolutions VI, LLC, ("the Respondent") in personal property and/or real property of the Debtors located at 223 East Ettwein Street, Bethlehem, PA 18018,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered at Docket No. C-48-CV-2015-01578 in the Northampton County Court of Common Pleas is subject to avoidance pursuant to 11 U.S.C. § 522(f),

**AND**, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, subject to 11 U.S.C. § 349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtors and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED**.

Date: July 31, 2024

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**