**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :
    CHARLES A. WESLEY           :          Chapter 13
    CONNIE M. WESLEY            :
                                        :          Bankruptcy No. 24-11231 PMM
          Debtors        :

**ORDER**

**AND NOW**, upon Motion of the Debtors to avoid a judicial lien held by Portfolio

Recovery Associates, LLC, ("the Respondent") in personal property and/or real property of the

Debtors located at 223 East Ettwein Street, Bethlehem, PA 18018,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered

at Docket No. C-48-CV-2015-00710 in the Northampton County Court of Common Pleas is

subject to avoidance pursuant to 11 U.S.C. § 522(f),

**AND**, the Debtors having certified that adequate notice of the Motion was sent to the

Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, subject to 11 U.S.C. § 349(b), that the judicial lien held by the

Respondent, if any, in the real property of the Debtors and/or the personal property of the

Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is

**AVOIDED**.

Date: **July 31, 2024**

_____
**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**