United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                   Case No. 24-11231-pmm
Charles A. Wesley                                                                        Chapter 13
Connie M. Wesley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4             User: admin             Page 1 of 2
Date Rcvd: Jul 31, 2024        Form ID: pdf900        Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles A. Wesley, Connie M. Wesley, 223 East Ettwein Street, Bethlehem, PA 18018-4136 |
| cr | + | City of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 01 2024 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 01 2024 00:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:**

**Name**             **Email Address**

DAVID S. GELLERT
        on behalf of Joint Debtor Connie M. Wesley dsgrdg@ptdprolog.net

DAVID S. GELLERT

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 31, 2024 | Form ID: pdf900 | Total Noticed: 4

on behalf of Debtor Charles A. Wesley dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
   on behalf of Creditor City of Bethlehem jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   CHARLES A. WESLEY : Chapter 13
   CONNIE M. WESLEY :
: Bankruptcy No. 24-11231 PMM
         Debtors :

**ORDER**

**AND NOW**, upon Motion of the Debtors to avoid a judicial lien held by Absolute Resolutions VI, LLC, ("the Respondent") in personal property and/or real property of the Debtors located at 223 East Ettwein Street, Bethlehem, PA 18018,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered at Docket No. C-48-CV-2015-04599 in the Northampton County Court of Common Pleas is subject to avoidance pursuant to 11 U.S.C. § 522(f),

**AND**, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, subject to 11 U.S.C. § 349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtors and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED**.

**Date:** July 31, 2024

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE