UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:	:
    CHARLES A. WESLEY	:	Chapter 13
    CONNIE M. WESLEY	:
	:	Bankruptcy No. 24-11231 PMM
          Debtors	:

## ORDER

Upon consideration of the Objection of the Debtors to Proof of Claim No. 3 filed by Pinnacle Credit Services, LLC, in the amount of $243.58, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 3 filed by Pinnacle Credit Services, LLC, shall be disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: August 22, 2024**