# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   CHARLES A. WESLEY | : | Chapter 13 |
|   CONNIE M. WESLEY | : | |
| | : | Bankruptcy No. 24-11231 PMM |
|         Debtors | : | |

## ORDER

Upon consideration of the Objection of the Debtors to Proof of Claim No. 10 filed by CACH, LLC, in the amount of $6,341.61, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 10 filed by CACH, LLC, shall be disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*

**Date: August 22, 2024**

Patricia M. Mayer
United States Bankruptcy Judge