United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-11231-pmm
Charles A. Wesley     Chapter 13
Connie M. Wesley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Aug 22, 2024    Form ID: pdf900    Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles A. Wesley, Connie M. Wesley, 223 East Ettwein Street, Bethlehem, PA 18018-4136 |
| cr | + | City of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 23 2024 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2024 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:**

**Name**     **Email Address**

DAVID S. GELLERT
    on behalf of Joint Debtor Connie M. Wesley dsgrdg@ptdprolog.net

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 4 |

DAVID S. GELLERT
    on behalf of Debtor Charles A. Wesley dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor City of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   CHARLES A. WESLEY           :          Chapter 13
   CONNIE M. WESLEY             :
                                                :          Bankruptcy No. 24-11231 PMM
         Debtors                :

## ORDER

Upon consideration of the Objection of the Debtors to Proof of Claim No. 3 filed by Pinnacle Credit Services, LLC, in the amount of $243.58, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 3 filed by Pinnacle Credit Services, LLC, shall be disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: August 22, 2024**