Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11231-PMM**

Charles A. Wesley  
Connie M. Wesley  
223 East Ettwein Street  
Bethlehem  PA    18018

Petition Filed Date: 04/11/2024  
341 Hearing Date: 06/04/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/29/2024 | $600.00 | | 06/28/2024 | $600.00 | | 07/29/2024 | $600.00 | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $6,930.88 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,153.88 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $243.58 | $0.00 | $0.00 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $2,971.73 | $0.00 | $0.00 |
| 5 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 005 | Unsecured Creditors | $6,368.54 | $0.00 | $0.00 |
| 6 | CITY OF BETHLEHEM<br>»» 006 | Secured Creditors | $1,785.93 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $164.64 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $536.08 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $206.31 | $0.00 | $0.00 |
| 10 | CACH, LLC<br>»» 010 | Unsecured Creditors | $6,341.61 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $4,071.34 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,671.16 | $0.00 | $0.00 |
| 13 | NEWREZ LLC  D/B/A<br>»» 013 | Mortgage Arrears | $20,093.47 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11231-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,800.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $600.00 |
| Paid to Trustee: | $180.00 | Total Plan Base: | $41,850.00 |
| Funds on Hand: | $1,620.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.