United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-11231-pmm

Charles A. Wesley                                                                    Chapter 13

Connie M. Wesley

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 155 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles A. Wesley, Connie M. Wesley, 223 East Ettwein Street, Bethlehem, PA 18018-4136 |
| 14873429 | | Absolute Resolutions VI LLC, Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14873430 | + | Adam J. Friedman, Esquire, Friedman Vartolo LLP, 1325 Franklin Ave., Ste. 160, Garden City, NY 11530-1631 |
| 14873433 | + | Bethlehem Eye Associates PC, 800 Eaton Ave., Ste. 101, Bethlehem, PA 18018-1867 |
| 14895489 | + | City of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14895490 | + | City of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14873442 | + | City of Bethlehem, 10 E. Church St., Bethlehem, PA 18018-6028 |
| 14873449 | + | Gregg L. Morris, Esquire, Patenaude & Felix, APC, 2400 Ansys Dr., Suite 402-B, Canonsburg, PA 15317-0403 |
| 14873452 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Assoc. Inc., P. O. Box 519, Sauk Rapids, MN 56379 |
| 14873453 | + | James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Dr., Ste. 100, King of Prussia, PA 19406-2726 |
| 14873462 | | LTD Financial Services, P. O. Box 421529, Houston, TX 77242-1529 |
| 14873463 | | LTD Financial Services LP, 3200 Wilcrest, Ste. 600, Houston, TX 77042-6000 |
| 14873458 | + | Lehigh Valley Health-Muhlenberg, 2545 Schoenersville Road, Bethlehem, PA 18017-7300 |
| 14873459 | #+ | Lehigh Valley Pediatric Associates, 401 N. 17th St., Ste. 307, Allentown, PA 18104-5051 |
| 14873460 | | Lehigh Valley Physician Group, P. O. Box 1754, Allentown, PA 18105-1754 |
| 14873469 | + | Nationwide Credit, Inc., 2002 Summit Blvd., Suite 600, Atlanta, GA 30319-1559 |
| 14896060 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14873474 | | Progressive Physician Assoc., P. O. Box 678398, Dallas, TX 75267-8398 |
| 14873475 | | Ralph Gulko, Esquire, Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14873480 | + | St. Luke's University Health Net., 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 14873481 | + | Target National Bank, Patenaude & Felix, A.P.C., 2400 Ansys Dr., Ste. 402-B, Canonsburg, PA 15317-0403 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14881513 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 18 2024 00:05:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14873432 | | Email/Text: legal@arsnational.com | Oct 18 2024 00:05:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14873431 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 18 2024 00:05:00 | Alliance One Rec. Mgmt., 4850 Street Rd., Ste. 300, Trevose, PA 19053-6643 |
| 14897954 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:12:11 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14873434 | + | Email/Text: bnc-capio@quantum3group.com | Oct 18 2024 00:05:00 | Capio Partners LLC, 3400 Texoma Pkwy., |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 155 | Total Noticed: 67 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Sherman, TX 75090-1916 |
| 14873435 | + Email/Text: bnc-capio@quantum3group.com | Oct 18 2024 00:05:00 | Capio Partners LLC, 3400 Texoma Pkwy., Suite 100, Sherman, TX 75090-1916 |
| 14873436 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:28:33 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14873437 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:28:54 | Care Credit, Synchrony Bank, P. O. Box 71783, Philadelphia, PA 19176-1783 |
| 14873439 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:15:00 | Citibank, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14873441 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:28:33 | Citibank, N.A., P. O. Box 6403, Sioux Falls, SD 57117-6403 |
| 14873440 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:28:34 | Citibank, N.A., P. O. Box 6062, Sioux Falls, SD 57117-6052 |
| 14873443 | + Email/Text: dylan.succa@commercialacceptance.net | Oct 18 2024 00:05:00 | Commercial Acceptance Co., 2300 Gettysburg Rd., Ste. 102, Camp Hill, PA 17011-7303 |
| 14873444 | Email/Text: BKPT@cfna.com | Oct 18 2024 00:05:00 | Credit First, N.A., P. O. Box 81315, Cleveland, OH 44181-0315 |
| 14873445 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:15:09 | Department Stores National Bank, P. O. Box 17759, Clearwater, FL 33762 |
| 14873446 | Email/Text: bknotice@ercbpo.com | Oct 18 2024 00:05:00 | Enhanced Recovery Co LLC, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 14873448 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:15:05 | GE Capital Retail Bank, P. O. Box 103104, Roswell, GA 30076-9104 |
| 14873447 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:28:58 | GE Capital Retail Bank, P. O. Box 965022, Orlando, FL 32896-5022 |
| 14873450 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:28:21 | Home Depot Credit Services, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14873451 | Email/Text: consumercare@investinet.com | Oct 18 2024 00:05:00 | InvestiNet, LLC, 910 Pinckney St., Greenville, SC 29609-5806 |
| 14873454 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:14:47 | JCPenney, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14873438 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:29:17 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14873455 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 00:05:00 | Kay Jewelers, P. O. Box 3680, Akron, OH 44309-3680 |
| 14873456 | Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2024 00:05:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14877685 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:28:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14873457 | + Email/Text: bnc-capio@quantum3group.com | Oct 18 2024 00:05:00 | Law Offices of Mitchell D. Bluhm, & Associates, 1313 N. Travis St., Ste. 103, Sherman, TX 75092-5165 |
| 14873461 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:13:18 | Lowe's, Synchrony Bank, P. O. Box 71783, Philadelphia, PA 19176-1783 |
| 14873466 | Email/Text: compliance@monarchrm.com | Oct 18 2024 00:05:00 | Monarch Recovery Management, 10965 Decatur Rd., Philadelphia, PA 19154-3210 |
| 14873465 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 00:05:00 | Midland Credit Mgmt Inc., 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 14873464 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 00:05:00 | Midland Credit Mgmt Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14873467 | Email/Text: Bankruptcies@nragroup.com | | |

District/off: 0313-4                         User: admin                              Page 3 of 4

Date Rcvd: Oct 17, 2024                   Form ID: 155                        Total Noticed: 67

| ID | Method | Date | Recipient |
|---|---|---|---|
| | | Oct 18 2024 00:05:00 | National Recovery Agency, P. O. Box 67015, Harrisburg, PA 17106-7015 |
| 14873468 | Email/Text: bankruptcydepartment@tsico.com | Oct 18 2024 00:05:00 | Nationwide Credit, Inc., P. O. Box 15130, Wilmington, DE 19850-5130 |
| 14895897 | ^ MEBN | Oct 18 2024 00:02:25 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14873470 | + Email/Text: bankruptcy@oliphantfinancial.com | Oct 18 2024 00:05:00 | Oliphant Financial LLC, 9009 Town Center Pkwy., Lakewood Ranch, FL 34202-4185 |
| 14873471 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2024 00:05:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14873473 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:28:53 | Portfolio Recovery Assoc LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14898840 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:12:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14873472 | ^ MEBN | Oct 18 2024 00:02:31 | Patenaude & Felix, A.P.C., 2400 Ansys Dr., Ste. 402-B, Canonsburg, PA 15317-0403 |
| 14877695 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:15:08 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14897093 | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2024 00:05:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 2489, Kirkland, WA 98083-2489 |
| 14897041 | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2024 00:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14873476 | Email/Text: accounting@recoveryrmg.com | Oct 18 2024 00:05:00 | Receivable Management Group Inc., 2901 University Ave., #29, Columbus, GA 31907 |
| 14873477 | ^ MEBN | Oct 18 2024 00:02:18 | Revco Solutions, P. O. Box 163279, Columbus, OH 43216-3279 |
| 14873479 | Email/Text: bankruptcy@springoakscapital.com | Oct 18 2024 00:05:00 | Spring Oaks Capital, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14873478 | Email/Text: mtgbk@shellpointmtg.com | Oct 18 2024 00:05:00 | Shellpoint Mortgage Servicing, P. O. Box 10826, Greenville, SC 29603-0826 |
| 14899347 | Email/Text: mtgbk@shellpointmtg.com | Oct 18 2024 00:05:00 | U.S. Bank Trust National Association, et al., NewRez LLC DBA Shellpoint Mortgage Servi, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14873482 | + Email/Text: mtgbk@shellpointmtg.com | Oct 18 2024 00:05:00 | U.S. Bank, N.A, c/o Shellpoint Mortgage Servicing, 75 Beattie Place, Ste. 300, Greenville, SC 29601-2138 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4                          User: admin                                    Page 4 of 4
Date Rcvd: Oct 17, 2024                       Form ID: 155                              Total Noticed: 67

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | |
| | on behalf of Joint Debtor Connie M. Wesley dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | |
| | on behalf of Debtor Charles A. Wesley dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor City of Bethlehem jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Charles A. Wesley | ) | Case No. 24−11231−pmm |
| | ) | |
| | ) | |
|     Connie M. Wesley | ) | Chapter: 13 |
| | ) | |
|     Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 17, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court