## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    CHARLES A. WESLEY | : | Chapter 13 |
|    CONNIE M. WESLEY | : | |
| | : | Bankruptcy No. 24-11231 PMM |
|                 Debtors | : | |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 15th day of November, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated October 24, 2024 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated: November 15, 2024            s/ David S. Gellert
                                                                  David S. Gellert, Esquire
                                                                  David S. Gellert, P.C.
                                                                  3506 Perkiomen Avenue
                                                                  Reading, PA 19606
                                                                  (610) 779-8000
                                                                  dsgrdg@ptdprolog.net