United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-11231-pmm
Charles A. Wesley     Chapter 13
Connie M. Wesley
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Nov 18, 2024     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles A. Wesley, Connie M. Wesley, 223 East Ettwein Street, Bethlehem, PA 18018-4136 |
| cr | + | City of Bethlehem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 19 2024 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 19 2024 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2024 00:18:54 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Nov 18, 2024 | Form ID: pdf900 | Total Noticed: 5

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Charles A. Wesley dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Connie M. Wesley dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor City of Bethlehem jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :
   CHARLES A. WESLEY                          :        Chapter 13
   CONNIE M. WESLEY                           :
                                              :        Bankruptcy No. 24-11231 PMM
             Debtors    :

## ORDER APPROVING COMPENSATION

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by Debtors' counsel (the "Applicant") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' certification of no response

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of Applicant in the amount of $6,935.04 comprised of $6,375.00 in compensation and $560.04 in reimbursement of actual, necessary expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. § 330 (a)(4)(B) the allowed compensation set forth in ¶ 2 less $1,813.00 which was paid by the Debtors prepetition to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

11/18/24

_Patricia M. Mayer_
_____
Patricia M. Mayer
United States Bankruptcy Judge