| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-11231-PMM**

Charles A. Wesley  
Connie M. Wesley  
223 East Ettwein Street  
Bethlehem  PA    18018

Petition Filed Date: 04/11/2024  
341 Hearing Date: 06/04/2024  
Confirmation Date: 10/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2024 | $600.00 |  | 09/30/2024 | $600.00 |  | 10/28/2024 | $600.00 |  |
| 12/03/2024 | $600.00 |  | 01/02/2025 | $600.00 |  | 01/28/2025 | $600.00 |  |
| 02/28/2025 | $600.00 |  | 03/31/2025 | $600.00 |  | 04/28/2025 | $600.00 |  |
| 06/02/2025 | $600.00 |  | 06/30/2025 | $600.00 |  | 07/29/2025 | $600.00 |  |

**Total Receipts for the Period:  $7,200.00     Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,730.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,122.04 | $5,122.04 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 004 | Unsecured Creditors | $2,971.73 | $0.00 | $2,971.73 |
| 5 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 005 | Unsecured Creditors | $6,368.54 | $0.00 | $6,368.54 |
| 6 | CITY OF BETHLEHEM »» 006 | Secured Creditors | $1,785.93 | $254.83 | $1,531.10 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $164.64 | $0.00 | $164.64 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $536.08 | $0.00 | $536.08 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $206.31 | $0.00 | $206.31 |
| 10 | CACH, LLC »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $4,071.34 | $0.00 | $4,071.34 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $2,671.16 | $0.00 | $2,671.16 |
| 13 | NEWREZ LLC  D/B/A »» 013 | Mortgage Arrears | $20,093.47 | $2,867.13 | $17,226.34 |
| 14 | PA DEPT OF REVENUE | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 15 | BETHLEHEM EYE ASSOCIATES PC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 16 | CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CHASE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CREDIT FIRST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT STORES NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | GE CAPITAL RETAIL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | HOME DEPOT CREDIT SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | JCPENNY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | LEHIGH VALLEY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | LEHIGH VALLEY PEDIATRIC ASSOC ACCO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | LOWES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PROGRESSIVE PHYSICIAN ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | REVCO SOLUTIONS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | SPRING OAKS CAPITAL, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | ST LUKES UNIVERSITY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | TARGET NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,730.00 | Current Monthly Payment: | $730.00 |
| Paid to Claims: | $8,244.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $796.15 | Total Plan Base: | $41,850.00 |
| Funds on Hand: | $689.85 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.