Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Charles A. Wesley
Connie M. Wesley
223 East Ettwein Street
Bethlehem, PA 18018

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11231-PMM**

Petition Filed Date: 04/11/2024
341 Hearing Date: 06/04/2024
Confirmation Date: 10/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2025 | $730.00 | | 09/29/2025 | $730.00 | | 10/28/2025 | $730.00 | |
| 12/02/2025 | $730.00 | | 12/30/2025 | $730.00 | | 01/28/2026 | $730.00 | |
| 03/02/2026 | $730.00 | | 03/30/2026 | $730.00 | | 04/28/2026 | $730.00 | |
| 05/29/2026 | $730.00 | | 06/29/2026 | $730.00 | | 07/28/2026 | $730.00 | |

**Total Receipts for the Period: $8,760.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $17,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,122.04 | $5,122.04 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $2,971.73 | $0.00 | $2,971.73 |
| 5 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 005 | Unsecured Creditors | $6,368.54 | $0.00 | $6,368.54 |
| 6 | CITY OF BETHLEHEM<br>»» 006 | Secured Creditors | $1,785.93 | $917.45 | $868.48 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $164.64 | $0.00 | $164.64 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $536.08 | $0.00 | $536.08 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $206.31 | $0.00 | $206.31 |
| 10 | CACH, LLC<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $4,071.34 | $0.00 | $4,071.34 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,671.16 | $0.00 | $2,671.16 |

**Chapter 13 Case No. 24-11231-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NEWREZ LLC D/B/A<br>»» 013 | Mortgage Arrears | $20,093.47 | $10,322.11 | $9,771.36 |
| 14 | PA DEPT OF REVENUE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | BETHLEHEM EYE ASSOCIATES PC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CHASE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CREDIT FIRST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT STORES NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | GE CAPITAL RETAIL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | HOME DEPOT CREDIT SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | JCPENNY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | LEHIGH VALLEY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | LEHIGH VALLEY PEDIATRIC ASSOC ACCO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | LOWES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PROGRESSIVE PHYSICIAN ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | REVCO SOLUTIONS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | SPRING OAKS CAPITAL, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | ST LUKES UNIVERSITY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | TARGET NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,760.00 | Current Monthly Payment: | $730.00 |
| Paid to Claims: | $16,361.60 | Arrearages: | $730.00 |
| Paid to Trustee: | $1,398.40 | Total Plan Base: | $41,850.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.